UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   16-16220 |
| Anthony Cirrincione | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING SALE OF PROPERTY UNDER 363(b)

THIS CAUSE COMING ON TO BE HEARD on the motion of Debtor to authorize sale of the real estate; the court being advised in the premises and due notice having been given;

IT IS HEREBY ORDERED:

1. That Debtor is authorized to sell the real estate located at 506 Onyx Ct., Schaumburg, IL 60194.

2. The mortgage lien held by BMO Harris Bank shall be paid in full at closing pursuant to a proper payoff letter or, in the event of a short-sale, payoff will be subject to BMO Harris Bank short-sale approval.

3. Debtor will provide the Trustee with a complete copy of the closing statement within 10 days of closing.

4. Debtor will be paying off his Chapter 13 Bankruptcy with proceeds from the sale, the total estimated payoff for his Chapter 13 Bankruptcy per the trustee website is, $28,846.48. Debtor will tender this amount over to the trustee within 10 days of the closing.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  September 20, 2018

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600